J. K. HAYWARD, plaintiff in error, vs. EASLEY & RICE, defendants in error.

When a plaintiff is a non-resident of the State, there is no tax due by him on the debt, which he is required to pay under the provisions of the Act of 1870.

Tax under Relief Act of 1870.　Before Judge HARRELL. Randolph Superior Court.　May Term, 1871.

This was complaint on notes made in 1860. The plaintiff did not file an affidavit that all legal taxes had been paid, as is required by the Relief Act of 13th October, 1870, and for this defendants' counsel moved to dismiss the cause. Plaintiff's counsel objected, because said Act was unconstitutional, and proposed to show that the plaintiff and the payee of the notes never were citizens of Georgia, and therefore never owed any taxes here on said notes. The Court refused to hear this evidence, overruled the objection and dismissed the cause. This is assigned as error on said grounds.

JOHN T. CLARK, for plaintiff in error.

WEST HARRIS; H. FIELDER, for defendants.

WARNER, Judge.

This was an action brought by the plaintiff against the defendants, on a promissory note. The defendants moved to dismiss the plaintiff's suit, on the ground that he had not filed an affidavit that the taxes had been paid on the debt, as required by the Act of 1870, the plaintiff being a non-resident of the State. The Court dismissed the action, and the defendant excepted. As the plaintiff was a non-resident of the State, there was no tax due by him on the debt, which he was bound to pay.

Judgment reversed.